AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT<br><br>*Plaintiff(s)*<br>v.<br>THE PARK KING SPOT AT JFK, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 15 Civ. 6415<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARKING PLACE AT JFK INC.
120-01 SUTPHIN BOULEVARD
JAMAICA, NEW YORK 11434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 11/10/2015

*R Tarony*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT

*Plaintiff(s)*

v.

THE PARK KING SPOT AT JFK, LLC, et al.

*Defendant(s)*

Civil Action No. 15 Civ. 6415

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARKING PLACE AT JFK I, INC.
c/o ABDUL RAUF BHALLY
87-45 130TH STREET
RICHMOND HILL, NEW YORK 11418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

*R. Tarony*
*Signature of Clerk or Deputy Clerk*

Date: 11/10/2015

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT <br><br> *Plaintiff(s)* <br> v. <br> THE PARK KING SPOT AT JFK, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 15 Civ. 6415 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TONY MICCICHE
149-24 129TH ST FL 1
SOUTH OZONE PARK, NEW YORK 11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 11/10/2015

*R. Tarony*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT<br><br>*Plaintiff(s)*<br>v.<br>THE PARK KING SPOT AT JFK, LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 15 Civ. 6415 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRISTEN SWABY
149-24 129TH ST FL 1
SOUTH OZONE PARK, NEW YORK 11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 11/10/2015                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT <br><br> *Plaintiff(s)* <br> v. <br> THE PARK KING SPOT AT JFK, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 15 Civ. 6415 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EZ PARK N SAVE JFK II INC
c/o MICHAEL JENKINS
120-01 SUTPHIN BLVD
JAMAICA, NEW YORK 11434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date:  11/10/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT<br><br>*Plaintiff(s)*<br>v.<br>THE PARK KING SPOT AT JFK, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15 Civ. 6415<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PARK N SAVE JFK, INC.
c/o MICHAEL JENKINS
151-57 N. CONDUIT AVE
JAMAICA, NEW YORK 11434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: _____11/10/2015_____         _____R. Tarony_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT <br><br> *Plaintiff(s)* <br> v. <br> THE PARK KING SPOT AT JFK, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 15 Civ. 6415 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL JENKINS
151-57 N. CINDUIT AVE
JAMAICA, NEW YORK 11434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 11/10/2015

*R Tavony*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT<br><br>*Plaintiff(s)*<br>v.<br>THE PARK KING SPOT AT JFK, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15 Civ. 6415<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PARK4LESS CORP.
c/o KRISTEN SWABY
8745 130TH STREET
RICHMOND HILL, NEW YORK 11418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date:  11/10/2015                                              *R. Tarony*
                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT <br><br> *Plaintiff(s)* <br> v. <br> THE PARK KING SPOT AT JFK, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 15 Civ. 6415 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARK IT USA, LLC
149-24 129TH STREET
SOUTH OZONE PARK, NEW YORK 11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**

CLERK OF COURT

Date:  11/10/2015                                    R. Tarony
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TPS PARKING MANAGEMENT, LLC, d/b/a THE PARKING SPOT <br><br> *Plaintiff(s)* <br> v. <br> THE PARK KING SPOT AT JFK, LLC, et al. <br><br> *Defendant(s)* | Civil Action No.  15 Civ. 6415 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE PARK KING SPOT AT JFK, LLC
149-24 129TH STREET
SOUTH OZONE PARK, NEW YORK 11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PRYOR CASHMAN LLP
Attn: Tom J. Ferber
7 Times Square
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded  in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**

CLERK OF COURT

Date:  11/10/2015                          *R. Tarony*
                                                    *Signature of Clerk or Deputy Clerk*